1  Stuart W. Price (SBN 125918)
      swprice@bryancave.com
2  Stacey L. Herter (SBN 185366)
      stacey.herter@bryancave.com
3  **BRYAN CAVE LLP**
   3161 Michelson Dr., Suite 1500
4  Irvine, California 92612-4414
   Telephone:  (949) 223-7000
5  Facsimile:   (949) 223-7100

6  Attorneys for Defendant
   DEUTSCHE BANK NATIONAL TRUST CO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOSE TAVARES, | Case No. SACV 08-01215 R (SHx) |
| Plaintiff, | |
| vs. | **ENTRY OF JUDGMENT OF DISMISSAL** |
| DEUTSCHE BANK NATIONAL TRUST CO., and DOES 1-50, inclusive, | |
| Defendants. | |

IR01DOCS417917.1

PROPOSED ENTRY OF JUDGMENT OF DISMISSAL

Having reviewed the Court's docket and the papers on file in the above-captioned matter, the Court finds the following:

1. On September 18, 2008, Plaintiff Jose Tavares ("Plaintiff") filed the instant action against Defendant Deutsche Bank National Trust Co. ("Defendant")

2. On October 30, 2008, Defendant timely removed the action from the Superior Court for the County of Orange to this Court.

3. On November 5, 2008, Defendant filed a motion to dismiss each of the causes of action asserted in Plaintiff's Complaint based on the uncertainty of the claims and Plaintiff's failure to state a valid cause of action.

4. The motion to dismiss was decided on December 30, 2008. The Court granted Defendant's unopposed motion to dismiss with leave to amend. The Court's order provided that Plaintiff was required to file an amended complaint by February 1, 2009.

5. Plaintiff failed to file an amended complaint by February 1, 2009.

6. On February 23, 2009, the Court held an Order to Show Cause Re: Dismissal and/or Sanctions for Failure to Appear at the Scheduling Conference ("OSC").

7. Plaintiff failed to appear at the OSC.

Accordingly, for the reasons set forth above, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

That this action is hereby dismissed, without prejudice.

Dated: September 22, 2009 _____
Hon. Manuel L. Real,
District Court Judge
United States District Court
Central District of California